PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JUL-2005 FOR: 1999Z01093/001 PAGE: 1 OF 3

DEBTOR: Westphal, Lynette
COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $6,355.91

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 18-MAR-2002 | OT/B | Westphal | | 35 | | $101.75 | 21-MAR-2002 |
| 0010 | PMNT | WA | 16-APR-2002 | OT/Y | Westphal | MN /2/136 | 9877872375 | | $150.00 | 16-APR-2002 |
| 0012 | PMNT | WA | 14-MAY-2002 | OT/B | Westphal | | 48 | | $150.00 | 20-MAY-2002 |
| 0014 | PMNT | WA | 24-JUN-2002 | OT/B | Westphal | | 54 | | $150.00 | 01-JUL-2002 |
| 0015 | PMNT | WA | 24-JUL-2002 | OT/B | Westphal | | 58 | | $150.00 | 26-JUL-2002 |
| 0017 | PMNT | WA | 13-NOV-2002 | CH/Y | Westphal | MN /3/031 | 8763065994 | | $150.00 | 13-NOV-2002 |
| 0020 | PMNT | WA | 28-MAY-2003 | OT/B | Westphal | | 39 | | $150.00 | 02-JUN-2003 |
| 0022 | PMNT | WA | 10-JUL-2003 | DD/B | Westphal | | 45 | | $150.00 | 14-JUL-2003 |
| 0024 | PMNT | WA | 18-AUG-2003 | TV/B | wesphal | | 200332 | | $32.50 | 18-AUG-2003 |
| 0025 | PMNT | WA | 18-AUG-2003 | TV/B | westphal | | 200332 | | $60.00 | 18-AUG-2003 |
| 0026 | PMNT | WA | 26-AUG-2003 | DD/B | Westphal | | 52 | | $150.00 | 02-SEP-2003 |
| 0029 | PMNT | WA | 15-OCT-2003 | DD/B | Westphal | | 59 | | $150.00 | 20-OCT-2003 |
| 0034 | PMNT | WA | 13-JUL-2004 | GR/G | Community Co-ops | MN /04/199 | 43851 | | $172.61 | 13-JUL-2004 |
| 0035 | PMNT | WA | 13-JUL-2004 | GR/G | Community Co-ops | MN /04/199 | 43817 | | $148.05 | 13-JUL-2004 |
| 0036 | PMNT | WA | 30-JUL-2004 | GR/G | Cenex | MN /04/214 | 43897 | | $140.81 | 30-JUL-2004 |
| 0037 | PMNT | WA | 26-AUG-2004 | GR/G | CENEX COMM COOP | MN /04/233 | 43952 | | $281.93 | 26-AUG-2004 |
| 0041 | PMNT | WA | 16-SEP-2004 | GR/G | COMMUNITY COOP | MN /04/247 | 44003 | | $160.20 | 16-SEP-2004 |
| 0042 | PMNT | WA | 07-OCT-2004 | GR/G | CENEX COMM COOP | MN /05/005 | 44048 | | $152.73 | 07-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | CENEX COM. COOP | MN /05/016 | 44093 | | $136.37 | 25-OCT-2004 |
| 0044 | PMNT | WA | 03-NOV-2004 | GR/G | CENEX | MN /05/021 | 44108 | | $442.77 | 03-NOV-2004 |
| 0045 | PMNT | WA | 08-NOV-2004 | GR/G | CENEX COOP | MN /05/024 | 44119 | | $137.36 | 08-NOV-2004 |
| 0046 | PMNT | WA | 17-NOV-2004 | GR/G | CENEX | MN /05/029 | 44152 | | $138.86 | 17-NOV-2004 |
| 0047 | PMNT | WA | 03-DEC-2004 | GR/G | CENEX | MN /05/040 | 44185 | | $146.57 | 03-DEC-2004 |
| 0048 | PMNT | WA | 16-DEC-2004 | GR/G | CENEX | MN /05/048 | 44215 | | $145.54 | 16-DEC-2004 |
| 0049 | PMNT | WA | 30-DEC-2004 | GR/G | CENEX | MN /05/056 | 44249 | | $143.73 | 30-DEC-2004 |
| 0050 | PMNT | WA | 13-JAN-2005 | GR/G | Cenex | MN /05/065 | 44295 | | $162.25 | 13-JAN-2005 |
| 0051 | PMNT | WA | 26-JAN-2005 | GR/G | Cenex Community Coop | MN /05/072 | 44318 | | $135.49 | 26-JAN-2005 |
| 0052 | PMNT | WA | 10-FEB-2005 | GR/G | Cenex Comm Co-op | MN /05/082 | 44361 | | $136.01 | 10-FEB-2005 |
| 0053 | PMNT | WA | 28-FEB-2005 | GR/G | Community Co-ops | MN /05/094 | 44389 | | $141.83 | 28-FEB-2005 |
| 0054 | PMNT | WA | 14-MAR-2005 | GR/G | Community Co-op | MN /05/104 | 44427 | | $133.30 | 14-MAR-2005 |
| 0055 | PMNT | WA | 24-MAR-2005 | GR/G | Community Co-ops | MN /05/111 | 44457 | | $138.30 | 24-MAR-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JUL-2005 FOR: 1999Z01093/001 PAGE: 2 OF 3

DEBTOR: Westphal, Lynette
COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $6,355.91

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0056 | PMNT | WA | 07-APR-2005 | GR/G | Cenex | MN /05/121 | 44490 | | $140.24 | 07-APR-2005 |
| 0057 | PMNT | WA | 22-APR-2005 | GR/G | Cenex | MN /05/130 | 44536 | | $153.55 | 22-APR-2005 |
| 0058 | PMNT | WA | 06-MAY-2005 | GR/G | Cennex | MN /05/139 | 44574 | | $142.92 | 06-MAY-2005 |
| 0060 | PMNT | WA | 20-MAY-2005 | GR/G | Cenex | MN /05/150 | 44599 | | $144.97 | 20-MAY-2005 |
| 0061 | PMNT | WA | 03-JUN-2005 | GR/G | Cenex | MN /05/159 | 44614 | | $147.00 | 03-JUN-2005 |
| 0062 | PMNT | WA | 06-JUN-2005 | TV/B | | | TOP | | $232.00 | 06-JUN-2005 |
| 0063 | PMNT | WA | 20-JUN-2005 | GR/G | Lynette | MN /05/170 | 44657 | | $150.19 | 20-JUN-2005 |
| 0064 | PMNT | WA | 29-JUN-2005 | CH/Y | Community Co-ops | MN /05/177 | 44688 | | $160.19 | 29-JUN-2005 |

Total Payments for Debtor: $6,010.02