UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-441 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |
| LYNETTE WESTPHAL, Defendant, | ) | |
| CENEX CONVENIENCE STORE, Garnishee. | ) | |

TO: Lynette Westphal, the judgment debtor, and
Cenex Convenience Store, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Lynette Westphal.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about May 14, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about June 7, 2004. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 25% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment

order. The payments received by the U.S. Attorney's Office for the last 12 months are reflected on the attached Payment History.

Dated: June 5, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600