# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 04-MAY-2007 FOR: 1999Z01093/001 

DEBTOR: Westphal, Lynette

COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 18-MAR-2002 | OT/B | Westphal | | 35 | | | $101.75 | 21-MAR-2002 |
| 0010 | PMNT | WA | 16-APR-2002 | OT/Y | Westphal | MN /2/136 | 9877872375 | | | $150.00 | 16-APR-2002 |
| 0012 | PMNT | WA | 14-MAY-2002 | OT/B | Westphal | | 48 | | | $150.00 | 20-MAY-2002 |
| 0014 | PMNT | WA | 24-JUN-2002 | OT/B | Westphal | | 54 | | | $150.00 | 01-JUL-2002 |
| 0015 | PMNT | WA | 24-JUL-2002 | OT/B | Westphal | | 58 | | | $150.00 | 26-JUL-2002 |
| 0017 | PMNT | WA | 13-NOV-2002 | CH/Y | Westphal | MN /3/031 | 8763065994 | | | $150.00 | 13-NOV-2002 |
| 0020 | PMNT | WA | 28-MAY-2003 | OT/B | Westphal | | 39 | | | $150.00 | 02-JUN-2003 |
| 0022 | PMNT | WA | 10-JUL-2003 | DD/B | Westphal | | 45 | | | $150.00 | 14-JUL-2003 |
| 0024 | PMNT | WA | 18-AUG-2003 | TV/B | wesphal | | 200332 | | | $32.50 | 18-AUG-2003 |
| 0025 | PMNT | WA | 18-AUG-2003 | TV/B | westphal | | 200332 | | | $60.00 | 18-AUG-2003 |
| 0026 | PMNT | WA | 26-AUG-2003 | DD/B | Westphal | | 52 | | | $150.00 | 02-SEP-2003 |
| 0029 | PMNT | WA | 15-OCT-2003 | DD/B | Westphal | | 59 | | | $150.00 | 20-OCT-2003 |
| 0034 | PMNT | WA | 13-JUL-2004 | GR/G | Community Co-ops | MN /04/199 | 43851 | | | $172.61 | 13-JUL-2004 |
| 0035 | PMNT | WA | 13-JUL-2004 | GR/G | Community Co-ops | MN /04/199 | 43817 | | | $148.05 | 13-JUL-2004 |
| 0036 | PMNT | WA | 30-JUL-2004 | GR/G | Cenex | MN /04/214 | 43897 | | | $140.81 | 30-JUL-2004 |
| 0037 | PMNT | WA | 26-AUG-2004 | GR/G | CENEX COMM COOP | MN /04/233 | 43952 | | | $281.93 | 26-AUG-2004 |
| 0041 | PMNT | WA | 16-SEP-2004 | GR/G | COMMUNITY COOP | MN /04/247 | 44003 | | | $160.20 | 16-SEP-2004 |
| 0042 | PMNT | WA | 07-OCT-2004 | GR/G | CENEX COMM COOP | MN /05/005 | 44048 | | | $152.73 | 07-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | CENEX COM. COOP | MN /05/016 | 44093 | | | $136.37 | 25-OCT-2004 |

# PAYMENT HISTORY REPORT



DEBTOR: Westphal, Lynette

COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0044 | PMNT | WA | 03-NOV-2004 | GR/G | CENEX | MN /05/021 | 44108 | | | $442.77 | 03-NOV-2004 |
| 0045 | PMNT | WA | 08-NOV-2004 | GR/G | CENEX COOP | MN /05/024 | 44119 | | | $137.36 | 08-NOV-2004 |
| 0046 | PMNT | WA | 17-NOV-2004 | GR/G | CENEX | MN /05/029 | 44152 | | | $138.86 | 17-NOV-2004 |
| 0047 | PMNT | WA | 03-DEC-2004 | GR/G | CENEX | MN /05/040 | 44185 | | | $146.57 | 03-DEC-2004 |
| 0048 | PMNT | WA | 16-DEC-2004 | GR/G | CENEX | MN /05/048 | 44215 | | | $145.54 | 16-DEC-2004 |
| 0049 | PMNT | WA | 30-DEC-2004 | GR/G | CENEX | MN /05/056 | 44249 | | | $143.73 | 30-DEC-2004 |
| 0050 | PMNT | WA | 13-JAN-2005 | GR/G | Cenex | MN /05/065 | 44295 | | | $162.25 | 13-JAN-2005 |
| 0051 | PMNT | WA | 26-JAN-2005 | GR/G | Cenex Community Coop | MN /05/072 | 44318 | | | $135.49 | 26-JAN-2005 |
| 0052 | PMNT | WA | 10-FEB-2005 | GR/G | Cenex Comm Co-op | MN /05/082 | 44361 | | | $136.01 | 10-FEB-2005 |
| 0053 | PMNT | WA | 28-FEB-2005 | GR/G | Community Co-ops | MN /05/094 | 44389 | | | $141.83 | 28-FEB-2005 |
| 0054 | PMNT | WA | 14-MAR-2005 | GR/G | Community Co-op | MN /05/104 | 44427 | | | $133.30 | 14-MAR-2005 |
| 0055 | PMNT | WA | 24-MAR-2005 | GR/G | Community Co-ops | MN /05/111 | 44457 | | | $138.30 | 24-MAR-2005 |
| 0056 | PMNT | WA | 07-APR-2005 | GR/G | Cenex | MN /05/121 | 44490 | | | $140.24 | 07-APR-2005 |
| 0057 | PMNT | WA | 22-APR-2005 | GR/G | Cenex | MN /05/130 | 44536 | | | $153.55 | 22-APR-2005 |
| 0058 | PMNT | WA | 06-MAY-2005 | GR/G | Cennex | MN /05/139 | 44574 | | | $142.92 | 06-MAY-2005 |
| 0060 | PMNT | WA | 20-MAY-2005 | GR/G | Cenex | MN /05/150 | 44599 | | | $144.97 | 20-MAY-2005 |
| 0061 | PMNT | WA | 03-JUN-2005 | GR/G | Cenex | MN /05/159 | 44614 | | | $147.00 | 03-JUN-2005 |
| 0062 | PMNT | WA | 06-JUN-2005 | TV/B | | | TOP | | | $232.00 | 06-JUN-2005 |
| 0063 | PMNT | WA | 20-JUN-2005 | GR/G | Lynette | MN /05/170 | 44657 | | | $150.19 | 20-JUN-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 04-MAY-2007 FOR: 1999Z01093/001 PAGE: 3 OF 5

DEBTOR: Westphal, Lynette

COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0064 | PMNT | WA | 29-JUN-2005 | CH/Y | Community Co-ops | MN /05/177 | 44688 | | | $160.19 | 29-JUN-2005 |
| 0065 | PMNT | WA | 11-AUG-2005 | GR/G | CENEX COMM. COOP | MN /05/208 | 44770 | | | $131.64 | 11-AUG-2005 |
| 0066 | PMNT | WA | 26-AUG-2005 | GR/G | COMMUNITY COOPS | MN /05/217 | 44801 | | | $142.74 | 26-AUG-2005 |
| 0067 | PMNT | WA | 26-AUG-2005 | GR/G | COMMUNITY COOPS | MN /05/217 | 44802 | | | $269.19 | 26-AUG-2005 |
| 0068 | PMNT | WA | 09-SEP-2005 | GR/G | CENEX | MN /05/227 | 44841 | | | $120.39 | 09-SEP-2005 |
| 0069 | PMNT | WA | 22-SEP-2005 | GR/G | CENEX COM COOP | MN /05/236 | 44871 | | | $140.84 | 22-SEP-2005 |
| 0070 | PMNT | WA | 07-OCT-2005 | GR/G | Cenex | MN /06/005 | 44904 | | | $131.84 | 07-OCT-2005 |
| 0071 | PMNT | WA | 24-OCT-2005 | GR/G | Cennex | MN /06/015 | 44925 | | | $141.75 | 24-OCT-2005 |
| 0072 | PMNT | WA | 03-NOV-2005 | GR/G | Cenex | MN /06/024 | 4963 | | | $138.34 | 03-NOV-2005 |
| 0073 | PMNT | WA | 17-NOV-2005 | GR/G | Cenex | MN /06/030 | 44979 | | | $140.88 | 17-NOV-2005 |
| 0074 | PMNT | WA | 01-DEC-2005 | GR/G | Cenex Community | MN /06/041 | 45004 | | | $141.26 | 01-DEC-2005 |
| 0075 | PMNT | WA | 19-DEC-2005 | GR/G | Cenex | MN /06/052 | 45042 | | | $134.89 | 19-DEC-2005 |
| 0076 | PMNT | WA | 29-DEC-2005 | GR/G | Lynette | MN /06/060 | 45063 | | | $143.29 | 29-DEC-2005 |
| 0077 | PMNT | WA | 13-JAN-2006 | GR/G | Cenex | MN /06/072 | 45088 | | | $147.51 | 13-JAN-2006 |
| 0078 | PMNT | WA | 26-JAN-2006 | GR/G | CENEX | MN /06/079 | 45120 | | | $139.60 | 26-JAN-2006 |
| 0079 | PMNT | WA | 09-FEB-2006 | GR/G | Cenex | MN /06/090 | 45145 | | | $131.71 | 09-FEB-2006 |
| 0080 | PMNT | WA | 23-FEB-2006 | GR/G | CENEX COMM COOP | MN /06/099 | 45161 | | | $133.45 | 23-FEB-2006 |
| 0081 | PMNT | WA | 10-MAR-2006 | GR/G | CENEX | MN /06/111 | 45188 | | | $133.41 | 10-MAR-2006 |
| 0082 | PMNT | WA | 23-MAR-2006 | GR/G | Cenex | MN /06/120 | 45217 | | | $143.56 | 23-MAR-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 04-MAY-2007 FOR: 1999Z01093/001 

DEBTOR: Westphal, Lynette

COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0083 | PMNT | WA | 07-APR-2006 | GR/G | Cenex | MN /06/131 | 45237 | | | $140.65 | 07-APR-2006 |
| 0084 | PMNT | WA | 20-APR-2006 | GR/G | Cenex | MN /06/141 | 45249 | | | $140.91 | 20-APR-2006 |
| 0085 | PMNT | WA | 04-MAY-2006 | GR/G | Cenex | MN /06/149 | 45271 | | | $139.90 | 04-MAY-2006 |
| 0087 | PMNT | WA | 18-MAY-2006 | GR/G | Cenex | MN /06/160 | 45291 | | | $143.78 | 18-MAY-2006 |
| 0088 | PMNT | WA | 02-JUN-2006 | GR/G | Cenex | MN /06/169 | 45322 | | | $139.89 | 02-JUN-2006 |
| 0089 | PMNT | WA | 15-JUN-2006 | GR/G | Cenex | MN /06/176 | 45338 | | | $144.58 | 15-JUN-2006 |
| 0090 | PMNT | WA | 29-JUN-2006 | GR/G | Cenex | MN /06/185 | 45358 | | | $149.58 | 29-JUN-2006 |
| 0091 | PMNT | WA | 09-AUG-2006 | GR/G | Cenex | MN /06/210 | 45411 | | | $305.30 | 09-AUG-2006 |
| 0092 | PMNT | WA | 10-AUG-2006 | GR/G | Community Co-ops | MN /06/211 | 45418 | | | $135.48 | 10-AUG-2006 |
| 0093 | PMNT | WA | 24-AUG-2006 | GR/G | Community Co-ops | MN /06/221 | 45434 | | | $137.41 | 24-AUG-2006 |
| 0094 | PMNT | WA | 08-SEP-2006 | GR/G | Cenex | MN /06/231 | 45451 | | | $145.37 | 08-SEP-2006 |
| 0095 | PMNT | WA | 21-SEP-2006 | GR/G | Cennex Community Coo | MN /06/238 | 45471 | | | $143.72 | 21-SEP-2006 |
| 0096 | PMNT | WA | 05-OCT-2006 | GR/G | Cenex Community Coop | MN /07/005 | 45494 | | | $135.84 | 05-OCT-2006 |
| 0097 | PMNT | WA | 23-OCT-2006 | GR/G | Cenex | MN /07/017 | 45503 | | | $146.21 | 23-OCT-2006 |
| 0100 | PMNT | WA | 02-NOV-2006 | GR/G | Cenex | MN /07/024 | 45521 | | | $149.67 | 02-NOV-2006 |
| 0101 | PMNT | WA | 17-NOV-2006 | GR/G | Cenex | MN /07/033 | 45537 | | | $143.03 | 17-NOV-2006 |
| 0102 | PMNT | WA | 30-NOV-2006 | CH/Y | Cenex | MN /07/041 | 45553 | | | $148.77 | 30-NOV-2006 |
| 0103 | PMNT | WA | 14-DEC-2006 | GR/G | CENEX | MN /07/048 | 45577 | | | $139.20 | 14-DEC-2006 |
| 0104 | PMNT | WA | 29-DEC-2006 | GR/G | Cenex | MN /07/056 | 45600 | | | $144.02 | 29-DEC-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 04-MAY-2007 FOR: 1999Z01093/001 PAGE: 5 OF 5

DEBTOR: Westphal, Lynette

COURT NUMBER: 00-441 RHK/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0105 | PMNT | WA | 12-JAN-2007 | GR/G | CENEX | MN /07/064 | 45618 | | | $159.18 | 12-JAN-2007 |
| 0106 | PMNT | WA | 25-JAN-2007 | GR/G | CENEX COMM COOP | MN /07/070 | 45630 | | | $135.78 | 25-JAN-2007 |
| 0107 | PMNT | WA | 08-FEB-2007 | GR/G | Cenex | MN /07/078 | 45648 | | | $136.49 | 08-FEB-2007 |
| 0108 | PMNT | WA | 22-FEB-2007 | GR/G | Cenex | MN /07/086 | 45667 | | | $138.08 | 22-FEB-2007 |
| 0109 | PMNT | WA | 07-MAR-2007 | GR/G | Cenex | MN /07/094 | 45681 | | | $136.14 | 07-MAR-2007 |
| 0110 | PMNT | WA | 23-MAR-2007 | GR/G | Cenex | MN /07/103 | 45693 | | | $153.56 | 23-MAR-2007 |
| 0111 | PMNT | WA | 06-APR-2007 | GR/G | Cenex | MN /07/112 | 45719 | | | $140.17 | 06-APR-2007 |
| 0112 | PMNT | WA | 19-APR-2007 | GR/G | Cennex Co-op | MN /07/120 | 45729 | | | $140.81 | 19-APR-2007 |
| 0113 | PMNT | WA | 04-MAY-2007 | GR/G | CENEX COMMUNITY COOP | MN /07/130 | 45742 | | | $119.73 | 04-MAY-2007 |

Total Payments for Debtor: $XXXXX