# CERTIFICATE OF SERVICE BY MAIL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>LYNETTE WESTPHAL,<br><br>Defendant. | Civil No. 00-441 RHK/RLE |

I hereby certify that on 5/7/07, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

CENEX Convenience Store
Attn: Payroll Representative
911 Highway 34E
Detroit Lakes, MN 56501

Lynette Westphal
212 Curry Avenue
Detroit Lakes, MN 56501

s/ Nancy Lair